**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01503-CV

### HOSSEIN JAHANSHAHI, Appellant

### V.

### MASOOMEH JANGRAVI, Appellee

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-03913**

## ORDER

We **DENY** appellant's June 24, 2015 motion for oral argument.

/s/     CRAIG STODDART
           JUSTICE